IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,　　　　　　　　　　No. CR S-95-0411 GEB KJM

    vs.

CONRADO GARCIA-GUIZAR,

    Movant.　　　　　　　　　　　　ORDER

_____/

    The government was ordered (docket no. 172) to respond to the filings in this action concerning the fine and request for return of money. The government has not responded to the court's order.

    It is hereby ORDERED that the government comply with the court's order within twenty days.

DATED: August 10, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

garc0411.ord

1